UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERMAN FREE STATE OF
BAVARIA, *et al.*,

   Plaintiffs,

v.

TOYOBO CO., LTD., *et al.*,

   Defendants.   /

Case No. 1-06-CV-407

Hon. Richard Alan Enslen

**PARTIAL JUDGMENT**

In accordance with the Opinion issued on this date;

**IT IS HEREBY ORDERED** that Defendant Toyobo Co., Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 74) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Toyobo America, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 73) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' action against Defendant Toyobo America, Inc. is **DISMISSED WITH PREJUDICE** for lack of personal jurisdiction.

Dated in Kalamazoo, MI:
March 19, 2007

   /s/Richard Alan Enslen
   Richard Alan Enslen
   Senior United States District Judge